LAWRENCE G. BROWN
Acting United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

Attorneys for Republic of France



**FILED**

MAY 2 0 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NO. 2:09-MJ-164 GGH

IN RE:
EXTRADITION COMPLAINT,
ARREST WARRANT, AND BRIEF IN
SUPPORT OF DETENTION OF
DENEILLE RICHIE THOMPSON

[PROPOSED] ORDER

The United States of America has applied to this Court for an Order permitting it to file the extradition complaint, arrest warrant, and memorandum re: detention in the above-entitled proceedings in camera and under seal. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED THAT the the extradition complaint, arrest warrant, and memorandum re: detention in the above-entitled proceedings be filed in camera and under seal, and remain sealed until DENEILLE RICHIE THOMPSON is arrested.

DATED: May 19, 2009.

GREGORY G. HOLLOWS
_____
Gregory A. Hollows
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
RUSSELL L. CARLBERG
Assistant United States Attorney